1008

*In the Matter of the Parentage of* M.C.
MYLES DOUGLAS COCHRAN, *Appellant*, v. LETICIA IRENE
ESTRADA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-5-00061-8, Peter D. Jarvis, J., entered April 17, 2000. *Reversed* by unpublished per curiam opinion.

*In the Matter of the Paternity of* T.M.S.
MAUREEN STARTIN, *Appellant*, v. RICHARD ALLEN BREWER,
*Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-3-05782-6, Katharine Hershey, J. Pro Tem., entered February 10, 1999. *Affirmed* by unpublished per curiam opinion.

KAREN SHOEMAKER, *Individually and as Personal Representative*, ET AL., *Appellants*, v. MARTIN SHAW PANG,
*Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-32959-2, Robert H. Alsdorf, J., entered January 21, 2000. *Affirmed* by unpublished opinion per Cox, J., concurred in by Coleman and Ellington, JJ.

ROBERT E. BESEL, *Appellant*, v. VIKING INSURANCE COMPANY OF
WISCONSIN, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 93-2-03502-5, James M. Murphy, J., entered April 28, 1997. *Reversed* by unpublished opinion per Kurtz, C.J., concurred in by Brown, J., and Green, J. Pro Tem. Now published at 105 Wn. App. 463.